# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |  | | |
|---|---|---|---|---|
| Case No.: | 20-01342-MH3-7 | | Trustee Name: | Michael Gigandet |
| Case Name: | WOODTEX OF NEW YORK, LLC | | Date Filed (f) or Converted (c): | 03/02/2020 (f) |
| For the Period Ending: | 03/31/2020 | | §341(a) Meeting Date: | 04/27/2020 |
| | | | Claims Bar Date: | 06/24/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Lyons National Bank Checking 9096 | $4,796.00 | $4,796.00 | | $0.00 | $4,796.00 |
| 2  Raw Materials | $49,668.77 | $49,668.77 | | $0.00 | $49,668.77 |
| 3  Finished goods including goods held for resale | $1,044,589.21 | $1,044,589.21 | | $0.00 | $1,044,589.21 |
| 4  Other machinery, fixtures and equipment (excluding farm machinery and equipment) | $8,000.00 | $8,000.00 | | $0.00 | $8,000.00 |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Assets**

$1,107,053.98     $1,107,053.98     $0.00     $1,107,053.98

**Major Activities affecting case closing:**

04/15/2020     The trustee is working with the secured creditor and an auctioneer to arrange an auction sale of assets. The MOC is set for late April. The Trustee has moved to consolidate four cases.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2021 | Current Projected Date Of Final Report (TFR): | 12/31/2021 |

/s/ MICHAEL GIGANDET

MICHAEL GIGANDET